**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 14, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00266-CV

### KENNETH S. O'NEILL, Appellant

### V.

### AMY L. VINEKSI, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81913**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 14, 2012. On May 7, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.